IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD J. MIGYANKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUTLER HEALTH SYSTEM, INC. d/b/a BHS DERMATOLOGY ASSOCIATES,<br><br>Defendant | Civil Action No. 2:19-cv-00985-LPL |

## STIPULATION DISMISSING ACTION WITH PREJUDICE

Plaintiff Ronald Migyanko and Defendant Butler Health System, Inc. d/b/a BHS Dermatology Associates, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the action referenced above shall be dismissed with prejudice as against all Parties. The Parties shall bear their own attorneys' fees and costs. The Parties request that the Court "so order."

Dated: February 26, 2021

*/s/ R. Bruce Carlson*
R. Bruce Carlson
bcarlson@carlsonlynch.com
**CARLSON LYNCH LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246

*Counsel for Plaintiff Ronald Migyanko*

Respectfully submitted,

*/s/ Marla N. Presley*
Marla N. Presley
marla.presley@jacksonlewis.com
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Telephone: (412) 338-5186
Facsimile: (412) 232-3441

*Counsel for Defendant Butler Health System, Inc. d/b/a BHS Dermatology Associates*

**SO ORDERED** this \_\_1ST\_\_ day of \_\_MARCH\_\_ 2021.

_____
Hon. Lisa Pupo Lenihan
United States Magistrate Judge

1

2

# EXHIBIT B

# Policy Area:

# Butler Health System, Care Center

**Scope:** This policy applies to all staff of BHS Care Center and Butler Medical Provider (BMP) Physician offices, as well as all of their affiliated entities, and each of their respective officers, directors, agents and employees.

**Policy:** It is the policy of BHS Care Center and BMP office staff to ensure that ambulatory physician office locations of BHS have accommodations and processes in place for patients with mobility disabilities.

**Purpose:** To provide employees with procedures to follow to ensure that patients requiring physical accommodations are identified during appointment scheduling and that there are procedures to follow at the time that the patient presents for appointment. This policy will assist employees to be responsive to patient needs.

## Procedures:

1. BHS Care Center agents and Butler Medical Provider staff will take the following steps to identify patients requiring special accommodations during the scheduling process.

    a. BHS Care Center agents or designated staff are required to ask all patients the following:

        i. "Will you require any accommodations to assist with mobility or any other aspects of your appointment?"

        ii. If the answer is yes, the information is communicated to the appropriate office by way of the electronic health record messaging system. (Of note, with launching of Expanse on November 1st, 2020, scheduling queries will be added to the scheduling fields to capture this information. Communication by way of the electronic health record will remain the process).

        iii. The agent will inform the patient that they may be contacted by Office staff for additional information or questions if necessary.

3

    iv. Office staff will determine if the specific accommodation can be met under the ADA requirements, and will arrange for appropriate accommodations to be provided. If the accommodation cannot be provided at that location, Office staff will identify an equally effective alternative, including but not limited to scheduling the patient at an alternative location.

    v. Future and ongoing visits: When a patient with required mobility accommodations schedules a return or future visit, the agent will place an alert in the electronic medical record when applicable, to ensure that the accommodation is provided for every visit.

b. Office staff procedure:

    i. Office staff will review the appointment schedule one (1) day in advance and will place a second alert in the patient's electronic medical record chart. Clinical staff will ensure all appropriate accommodations are available prior to patient's appointment time.

    ii. Upon patient arrival, at the time of patient in-take and/or registration, office staff will confirm with the patient the accommodations requested during scheduling. If applicable, Office staff shall modify other alerts already notated. All accessibility needs will be noted in the patient's medical record to ensure that the practice is prepared to accommodate the patient on future visits.

    iii. Clinical staff will ask the patient if he or she would like assistance and the best way to help.

    iv. Types of assistance may include, but are not limited to, a steady hand from clinical staff, and tools such as a sheet, if arriving on a stretcher.

       Patients who can complete an independent transfer may prefer to do so for reasons of safety and simplicity. If assistance is offered, but declined, Office staff are permitted to allow the patient to transfer independently.

    v. Should any of the above methods of transfer not meet the patient's preferences, alternative transfer/support will be coordinated, such as using alternative locations, i.e. hospital to provide patient care.

c. Each ambulatory office location will be equipped with ADA compliant exam tables that lower to chair seat height or are fixed at chair seat height.

    i. Should the patient's visit not require use of an exam table for examination, the patient can be given the option to remain seated, only if clinically appropriate as determined by the treating provider based on a review of the services being rendered and exam being performed.

d. Each ambulatory office, as requested by the patient, will provide transfer support to patients requiring transfer assistance during the scheduled appointment.

e. Patients may need assistance changing into a patient gown. Clinical staff will provide assistance unless the patient desires a family member or other party accompanying patient to the appointment to assist with this function.

f. All office staff will receive annual education and competency confirmation on proper procedures, including communication between patient and staff, to ensure that the patient is part of the decision-making process regarding the accommodations related to their appointment.